

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00289-CR

Chad Wade **SPENCE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. CRW2101019
Honorable Russell Wilson, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE BRISSETTE

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED November 6, 2024.

Beth Watkins, Justice